DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMON TORRES-ARREOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-313 LJO |
| Plaintiff, | STIPULATION TO ADVANCE HEARING DATE AND RESET FOR CHANGE OF PLEA; ORDER |
| v. | Date: January 9, 2012 |
| RAMON TORRES-ARREOLA, | Time: 1:00 P.M. |
| Defendant. | Court: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the trial confirmation hearing in the above-referenced proceedings now scheduled for February 27, 2012, **may be advanced to January 9, 2012 at 1:00 P.M. and reset for change of plea.**

This continuance is requested by counsel for the defendant because a plea agreement has been signed in this matter and the defendant would like to enter his plea as soon as possible.

DATED: December 28, 2011                           DATED: December 28, 2011

BENJAMIN B. WAGNER                                 DANIEL J. BRODERICK
United States Attorney                             Federal Public Defender

/s/ Karen Escobar                                  /s/ Marc Days
KAREN ESCOBAR                                      MARC DAYS
Assistant United States Attorney                   Assistant Federal Defender
Attorney for Plaintiff                             Attorney for Defendant Ramon Torres-Arreola

**ORDER**

**IT IS SO ORDERED**. The trial confirmation hearing in the above-referenced proceedings is hereby advanced to January 9, 2012, at 1:00 P.M., and reset for a change of plea hearing.

IT IS SO ORDERED.

Dated:   **December 29, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE