```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California 93721
 4 | Telephone: (559) 497-4000
 5 |
 6 |
 7 |
 8 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |                EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   1:10CR0313 LJO
   |                              )
12 |              Plaintiff,       )
   |                              )
13 |      v.                      )   STIPULATION RE:
   |                              )   CHANGE OF PLEA AND ORDER
14 | JUAN GARCIA-GALVEZ,          )
   |                              )
15 |                              )
   |              Defendant.       )
16 | _____)
17 |      Defendant JUAN GARCIA-GALVEZ, by and through his attorney,
18 | RICHARD BESHWATE, and the United States of America, by and through
19 | its attorneys, BENJAMIN B. WAGNER, United States Attorney, and
20 | KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter
21 | into the following stipulation:
22 |      The parties to the above-captioned matter agree to set the
23 | ////
24 | ////
25 | ////
26 | ////
27 | ////
28 | ////
```

1

above-captioned matter for a change of plea on Monday, January 23, 2012, at 1:00 p.m.

DATED: January 11, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney


                                           /s/ Richard Beshwate
                                           RICHARD BESHWATE
                                           Attorney for Defendant
                                           JUAN GARCIA-GALVEZ

O R D E R

Having read and considered the foregoing stipulation,

This matter shall be set for a change of plea on Monday, January 23, 2012, at 1 p.m.


IT IS SO ORDERED.

**Dated:   January 12, 2012**                    /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2