UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>RAMON TORRES-ARREOLA (1)<br>　　　　　　　Defendant<br>_____ / | CASE NO. 1:10-CR-00313 LJO<br><br>**ORDER STRIKING DEFENDANT'S<br>SENTENCING MEMORANDUM** |

Sentencing is set for Monday, April 2, 2012. Pursuant to Local Rule 32-460(d), objections of counsel to matters in the Presentence Investigation Report were due March 12, 2012. The Defense Sentencing Memorandum was filed on March 26, 2012. It is untimely, and is hereby STRICKEN.

IT IS SO ORDERED.

**Dated:　March 28, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE